SEND

FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SG SERVICES, INC.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>GOD'S GIRLS, LLC, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 06-989-RJK(CTx)<br><br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

February 24, 2006
_____
Date

_Robert J. Kelleher_
United States District Judge

## NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge _____ A. Howard Matz _____ for all further proceedings.
On all documents subsequently filed in this case, please substitute the initials _____ AHM _____ after the case number in place of the initials of the prior judge so that the case number will read _CV 06-989 AHM (CTx)_ .

This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western  ☐ Southern  ☐ Eastern Division.

**Subsequent documents must be filed at the  ☒ Western  ☐ Southern  ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

CV-89 (01/05)

ENTERED ON CM 2/27/06