Michael Eisner, Esq. (SBN 195585)
Asha Dhillon, Esq. (SBN 205461)
Email: adhillon@eisnerlaw.com
EISNER & FRANK
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210
Telephone: (310) 855-3200 Facsimile: (310) 855-3201

LODGED
CLERK, U.S. DISTRICT COURT
MAR 21 2006
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2006
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SG SERVICES, INC., an Oregon corporation, Plaintiff(s) v. GOD'S GIRLS, LLC, an Arizona corporation; ANNALIESE NIELSON, et al. Defendant(s). | CASE NUMBER CV06-989 AHM (CTx) | ___ Priority<br>✓ Send<br>___ Clsd<br>___ Enter<br>___ JS-5/JS-6<br>___ JS-2/JS-3 |
| | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY | |

The Court hereby orders that the request of:

__SG SERVICES, INC.__    ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute ___Asha Dhillon and the firm of Eisner & Frank___ who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

___9601 Wilshire Blvd., Ste. 700___
*Street Address*

___Beverly Hills, CA 90210___            ___adhillon@eisnerlaw.com___
*City, State, Zip*                       *E-Mail Address*

___(310) 855-3200___    ___(310) 855-3201___    ___205461___
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record in place and stead of __James S. Smith for Davis, Wright & Tremaine, LLP__
*Present Attorney*

is hereby  ☑ GRANTED    ☐ DENIED

Dated ___MAR 22 2006___

_____
U. S. District Judge/~~U.S. Magistrate Judge~~

DOCKETED ON CM
MAR 23 2006
BY 006

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY    7

## PROOF OF SERVICE

County of Los Angeles  )
                       ) ss.
State of California    )

I am a resident of or employed in said County, State of California, I am over the age of eighteen years and not a party to the within action.

On **March 21, 2006,** I served the foregoing documents described as:

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

on the interested parties in said action:

☒    By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Gary J. Lorch                          Paul E. Loving
Gordon & Rees LLP                      Paul Loving PC
633 West Fifth Street, Ste. 4900       2658 Griffith Park Blvd., #127
Los Angeles, CA 90071                  Los Angeles, CA 90039-2520

Attorneys for Defendants               Attorneys for Plaintiff

James S. Smith
Davis Wright Tremaine LLPB
1300 S.W. Fifth Avenue, Ste. 2300
Portland, OR 97201

☒    **VIA U.S. MAIL** - I deposited said envelope in the mail at Beverly Hills, California. The envelope was mailed with postage thereon fully prepaid.

☐    **VIA FEDERAL EXPRESS** - Overnight Delivery Service.

☐    **VIA FACSIMILE:** I faxed such documents pursuant to Los Angeles County Rules of Court, Section 520(c)(4) to facsimile number.

☐    **VIA PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee.

☐    **VIA ELECTRONIC MAIL:** I delivered such documents by electronic mail to each of the following individuals on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 21, 2006 in Beverly Hills, California.

_Carmen Flynn_
Carmen Flynn

1