Michael Eisner, Esq., SBN 195585
Asha Dhillon, Esq., SBN 205461
Adhillon@eisnerlaw.com
**EISNER & FRANK**
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210
Telephone:(310) 855-3200/Facsimile: (310) 855-3201

Matthew A. Levin, OSB #00305
Paul Bierly, OSB #95054
   **MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C.**
Suite 3000 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR 97204
Telephone:(503) 295-3085/Facsimile: (503) 323-9105
Attorneys for Plaintiff and Counter-Defendants
   SG Services, Inc. and Selena Mooney

FILED
CLERK, U.S. DISTRICT COURT
NOV 14 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

NOTE CHANGES MADE BY THE COURT

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SG SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOD'S GIRLS, LLC, an Arizona corporation; ANNALIESE NIELSEN, an individual; and KATIE GILBERT, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIMS. | CV No.: CV06-989 AHM (CTx) <br><br> STIPULATION AND [Proposed] ORDER RE CONTINUANCE OF HEARING ON PLAINTIFF AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> Current Date: <br> Date: December 4, 2006 <br><br> Proposed New Date: <br> Date: December 18, 2006 <br> Time: 10:00 a.m. <br> Dept: Courtroom 14 |

DOCKETED ON CM
NOV 15 2006
BY ___

WHEREAS, Plaintiff and Counter-Defendants SG Services, Inc. and Selena Mooney filed a Motion for Summary Judgment ("Motion") on October 30, 2006, which is scheduled to be heard on December 4, 2006; and

WHEREAS, due to the holidays and a conflict of counsel, the parties require additional time to prepare their opposition and reply briefs.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, provided that the Court has no objection, as follows:

1. The hearing on the Motion shall be continued from December 4, 2006 to December 18, 2006, at 10:00 a.m., in Courtroom 14; and

///

///

///

---

Stipulation and Order re Continuance of Hearing on MSJ
- 2 -

2. Any opposition or reply papers shall be due on the dates following corresponding to ~~the December 18 hearing date~~ respectively: Opposition due 11/29; Reply due 12/8.   *AHM*

Dated: November 13, 2006   EISNER & FRANK

By: _____
ASHA DHILLON
Attorneys for Plaintiff and Counter-Defendants
SG Services, Inc. and Selena Mooney

Dated: November 9, 2006   GORDON & REES

By: _____
GARY LORCH
Attorneys for Defendant and Counter-Claimants
God's Girls, LLC and Annaliese Nielsen

Dated: November 13, 2006

By: Roy Anderson by John E. Wong
ROY L. ANDERSON
Attorneys for Defendant Katie Gilbert

IT IS SO ORDERED.

Date: November 14, 2006   _____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

County of Los Angeles  )
                       ) ss.
State of California    )

I am a resident of or employed in said County, State of California, I am over the age of eighteen years and not a party to the within action.

On **November 13, 2006,** I served the foregoing documents described as: **STIPULATION AND [Proposed] ORDER RE CONTINUANCE OF HEARING ON PLAINTIFF AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on the interested parties in said action:

☒   By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

■   **VIA U.S. MAIL** - I deposited said envelope in the mail at Beverly Hills, California. The envelope was mailed with postage thereon fully prepaid.

☐   **VIA FEDERAL EXPRESS** - Overnight Delivery Service.

☐   **VIA FACSIMILE:** I faxed such documents pursuant to Los Angeles County Rules of Court, Section 520(c)(4) to the facsimile numbers shown on the following page.

☐   **VIA PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee.

☐   **VIA ELECTRONIC MAIL:** I delivered such documents by electronic mail to each of the following individuals on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 13, 2006 in Beverly Hills, California.

_Cindy Strong_
Cindy Strong

4


# SERVICE LIST – SG SERVICES INC. v. GOD'S GIRLS, LLC, et al.

Roy L. Anderson, Esq.
3541 Ocean View Avenue
Glendale, CA 91208
Telephone: 818 249-9300
Facsimile: 818 249-9335
Attorneys for Defendant, Katie Gilbert

Gary Lorch, Esq.
GORDON & REES
633 West Fifth Street, 49th Floor
Los Angeles, CA 90071
Telephone: 213 576-5000
Facsimile: 213 680-4470
Attorneys for Defendants God's Girls LLC and Lara (Annaliese) Nielsen

Matt Levin, Esq.
MARKOWITZ, HERBOLD, GLADE & MEHLHAF, PC
1211 Southwest Fifth Avenue, Ste. 3000
Portland, Oregon 97204
Telephone: 503 295-3085
Facsimile: 503 323-9105
Attorneys for Plaintiff SG Services, Inc. (our co-counsel)

Paul E. Loving, Esq.
PAUL LOVING, PC
5055 North Greeley Avenue
Portland, Oregon 97217
Telephone: 503 880-9056
Facsimile: 323 962-6999
Attorneys for Plaintiff SG Services, Inc. (our co-counsel)