GARY J. LORCH (State Bar No. 119989)
AARON P. RUDIN (State Bar No. 223004)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
e-mail: glorch@gordonrees.com
e-mail: arudin@gordonrees.com

Attorneys for Defendant and Counter-Claimant
GOD'S GIRLS LLC and Defendant ANNALIESE NIELSEN

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SG SERVICES, INC., an Oregon corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GOD'S GIRLS, LLC, an Arizona corporation; ANNALIESE NIELSEN, an individual; and KATIE GILBERT, an individual,<br><br>　　　　　　Defendants.<br><br>GOD'S GIRLS LLC, an Arizona limited liability corporation,<br><br>　　　　　　Counter-Claimant,<br><br>vs.<br><br>SG SERVICES, INC., an Oregon corporation; and SELENA MOONEY, an individual<br><br>　　　　　　Counter-Defendants. | Case No. CV 06-989 AHM (CTx)<br><br>[PROPOSED] JUDGMENT<br><br>ENTERED<br>CLERK, U.S. DISTRICT COURT<br>MAY 25 2007<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

-1-

[PROPOSED] JUDGMENT
CASE NO. CV 06-989 AHM (CTx)

This action came on for hearing before the Court on December 18, 2006, on a motion by Plaintiffs and Counter-Defendants SG SERVICES, INC. ("SG") and SELENA MOONEY ("Mooney") for Partial Summary Judgment, on April 20, 2007, on a motion by Defendant and Counter-Claimant GOD'S GIRLS, LLC ("God's Girls") and Defendant ANNALIESE NIELSEN ("Nielsen") for Summary Judgment or, in the alternative, Partial Summary Judgment, and on April 20, 2007, on a motion by Defendant Katie Gilbert for Summary Judgment, the Honorable A. Howard Matz, District Judge Presiding.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that SG take nothing pursuant to its First Claim for Relief for Copyright Infringement, Second Claim for Relief for Trademark Infringement, Third Claim for Relief for Trademark Dilution, Fourth Claim for Relief for False Designation of Origin/Trade Dress Infringement, Fifth Claim for Relief for False Advertisement, and Sixth Claim for Relief under the Anti-Cybersquatting Consumer Protection Act, and that each of said claims be and hereby are dismissed on the merits.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that God's Girls take nothing pursuant to its First Counterclaim for Relief for Trade Libel, Second Counterclaim for Relief for Defamation, Third Counterclaim for Relief for Libel *Per Se*, and Fourth Counter Claim for Relief for Libel, and that each of said Counterclaims be and hereby are dismissed on the merits.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court exercises its discretion to dismiss without prejudice all remaining state law claims for relief raised in SG's Second Amended Complaint, to wit, the Seventh Claim for Relief for violation of California's Trade Secret Act, the Eighth Claim for Relief for Unfair Competition, the Ninth Claim for Relief for Unfair

Competition, including Counts 1 and 2, the Tenth Claim for Relief for Breach of Contract, including Counts 1 and 2, the Eleventh Claim for Relief for Breach of Fiduciary Duty, the Twelfth Claim for Relief for Conversion, the Thirteenth Claim for Relief for Civil Conspiracy, the Fourteenth Claim for Relief for Intentional Interference with Economic Relations, and the Fifteenth Claim for Relief for unjust Enrichment, as well as all remaining state law claims for relief raised in God's Girls Amended Counterclaims, specifically the Fifth Counterclaim for Relief for Intentional Interference With Prospective Economic Advantage and the Sixth Counterclaim for Relief for Unfair Competition.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that God's Girls and Nielsen are prevailing parties under 15 U.S.C. § 1117 and 17 U.S.C. § 505 and, accordingly, shall recover their costs incurred in this action, and may seek an award of their attorneys' fees incurred herein.

Dated: May 23, 2007

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On **May 14, 2007**, I served the within documents:

**[PROPOSED] JUDGMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 4:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

☒ VIA E-MAIL: by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below.

**(SEE ATTACHED SERVICE LIST)**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **May 14, 2007**, at Los Angeles, California.

*/s/ Mila Owen*
Mila Owen

# SERVICE LIST
*SG Services, Inc. v. God's Girls, LLC, et al.*
Case No. CV 06-989 AHM (CTx)

| | |
|---|---|
| Jeremy Sugerman<br>GORDON-CREED, KELLEY, ET AL.<br>222 Kearny St., Suite 650<br>San Francisco, CA 94108<br>Tel: (415) 421-3100<br>Fax: (415) 421-3150<br>Email: sugerman@gkhs.com<br><br>*Attorneys For Plaintiff and Counter-Defendants SG Services, Inc. and Selena Mooney* | Matthew A. Levin<br>Paul Bierly<br>MARKOWITZ, HERBOLD, ET AL<br>Suite 3000 Pacwest Center<br>1211 S.W. Fifth Avenue<br>Portland, OR 97204-3730<br>Tel: (503) 295-3085<br>Fax: (503) 323-9105<br>Email: MattLevin@mhgm.com<br>Email: PaulBierly@mhgm.com<br><br>*Attorneys For Plaintiff and Counter-Defendants SG Services, Inc. and Selena Mooney* |
| Paul E. Loving, Esq.<br>PAUL LOVING, PC<br>5055 North Greeley Avenue<br>Portland, OR 97217<br>Tel: (503) 880-9056<br>Fax: (323) 962-6999<br>Email: paulloving@gmail.com<br><br>*Attorneys For Plaintiff and Counter-Defendants SG Services, Inc. and Selena Mooney* | Leslie Cowan, Esq.<br>6121 Santa Monica Blvd., Ste. 102,<br>Los Angeles, CA 90038<br>Tel: (323) 667-9000<br>Fax: (323) 962-6999<br>Email: leslie.cowan@suicidegirls.com<br><br>*Attorneys For Plaintiff and Counter-Defendants SG Services, Inc. and Selena Mooney* |
| Roy L. Anderson<br>Wagner, Anderson & Bright, LLP<br>3541 Ocean View Blvd.<br>Glendale, CA 91207<br>Tel: (818) 249-9300<br>Fax: (818) 249-9335<br>Email: rla@patentattorney.us<br><br>*Attorneys For Defendant Katie Gilbert* | |

GOGI/1035842/97590v.1

Updated 4/25/2007