# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

FILED
2007 AUG 21 PM 3:09
CLERK, U S DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY _____

| 07-56089 | CV-06-00989-AHM |
|---|---|
| U S COURT OF APPEALS CASE NUMBER | U S DISTRICT COURT CASE NUMBER |

| SG Services, Inc v God's Girls, LLC | 07-27-2007 |
|---|---|
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

HEARING DATE   COURT REPORTER   PROCEEDINGS

[ ] VOIR DIRE  [ ] OPENING STATEMENTS  [ ] SETTLEMENT INSTRUCTIONS  [ ] CLOSING ARGUMENTS  [ ] JURY INSTRUCTIONS
[ ] PRE-TRIAL PROCEEDINGS  [ ] OTHER (PLEASE SPECIFY)

(repeated blank rows)

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention

[ ] As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand I further agree to pay for work done prior to cancellation of this order

[ ] As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter I agree to recommend payment for work done prior to cancellation of this order

**NAME ADDRESS AND TELEPHONE NUMBER**

Paul Bierly
Markowitz Herbold Glade & Mehlhaf, PC
1211 SW 5th Avenue, Suite 3000
Portland, OR 97204
Ph 503 295.3085

DATE TRANSCRIPT ORDERED   August 20, 2007

SIGNATURE ATTORNEY/PRO PER LITIGANT

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS**

1. Pick up form from District Court Clerk's Office when filing the notice of appeal
2. Complete **Section A** Place additional designations on blank paper, if needed
3. Send **Copy One** to District Court
4. Send **Copy Four** to opposing counsel Make additional photocopies, if necessary
5. Send **Copy Two** and **Copy Three** to court reporter Contact court reporter to make further arrangements for payment
6. Continue to monitor progress of transcript preparation

DOCKETED ON CM
AUG 2 4 2007
BY _____ 029

234

## TRANSCRIPT DESIGNATION AND ORDERING FORM

A-9 (08/97)   CA9-036(10/01/82)                                       COPY ONE