# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-00989-AHM (CTx) | Date | April 30, 2008 |
|---|---|---|---|
| Title | SG SERVICES, INC. V. GOD'S GIRLS, LLC, ET AL | | |

Present: The Honorable CAROLYN TURCHIN, UNITED STATES MAGISTRATE JUDGE

| D. Malone | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

Proceedings:        IN CHAMBERS - DEBTOR EXAMINATION


The court is in receipt of defendant's notice of taking debtor's examination off calendar. The debtor examination scheduled for Monday, May 5, 2008 has been taken off calendar.


cc:    Judge Matz

Gary J. Lorch
Aaron P. Rudin
Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

Matthew A. Levine
Markowitz Herbold Glad and Mehlhaf
Pacwest Center
1211 S W Fifth Avenue, Suite 3000
Portland, OR 97204

Paul E. Loving
Davis Wright Tremaine
1300 Southwest Fifth Avenue, Suite 2300
Portland, OR 97201-5630

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED    APR 3 0 2008

DEPUTY CLERK

|  | : | 00 |
|---|---|---|

Initials of Preparer    ca